```
                                          CLERK'S OFFICE U.S. DIST. COURT
                                              AT HARRISONBURG, VA
                                                     FILED
                                                 March 28, 2025
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF VIRGINIA     LAURA A. AUSTIN, CLERK
                  ROANOKE DIVISION              BY: s/J.Vasquez
                                                   DEPUTY CLERK
```

| | |
|---|---|
| **PATRICK JACQUES,**<br>　　　**Plaintiff,** | Civil Action No. 7:24-cv-00785 |
| | **MEMORANDUM OPINION** |
| **v.** | |
| | By:  Robert S. Ballou |
| **CAPTAIN BOWLES, et al.,** | United States District Judge |
| 　　　**Defendant(s).** | |

　　　　Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 28 U.S.C § 1331 . Plaintiff did not prepay the filing costs or submit the information required to proceed in forma pauperis under 28 U.S.C. § 1915(b) in this court to pay the filing fee through installments from plaintiff's trust account. By order entered November 12, 2024 , the court directed plaintiff to submit within 30 days from the date of the order a statement of assets and a prisoner trust account report (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  The prisoner trust account report must be filled out, signed, and dated by the appropriate prison official of each prison at which plaintiff is or was confined in order for the court to continue this action without payment of the filing fee.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

　　　　More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions and has not qualified to proceed in forma pauperis under § 1915(b).  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

      The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

      Enter:  March 28, 2025

      /s/ Robert S. Ballou

      Robert S. Ballou
      United States District Judge